# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIKAL HASHIM ELLIS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 17-5093 |
| NANCY A. BERRYHILL | : | |

## ORDER

**AND NOW**, this 30th day of November 2018, upon considering Plaintiff's Complaint seeking judicial review of the denial of social security benefits (ECF Doc. No. 3), the Commissioner's Response (ECF Doc. No. 7), Plaintiff's Brief and statement of issues (ECF Doc. No. 11), the Commissioner's Opposition (ECF Doc. No. 12), Plaintiff's Reply (ECF Doc. No. 15), and for reasons in the accompanying Memorandum, it is **ORDERED:**

1. Plaintiff's Motion and Request for review (ECF Doc. No. 11) is **GRANTED in part for limited remand** and **DENIED in part;**

2. We **remand** to the Commissioner for expedited further evaluation of: (1) the apparent conflict between Vocational Expert Kristal-Turetsky's testimony Mr. Ellis could not carry out detailed instructions and the finding Mr. Ellis could carry out work requiring level two reasoning; (2) whether Mr. Ellis's knee and back impairments medically equal any of the Listed Impairments, to be accompanied by a discussion of the medical evidence supporting such a finding; and, (3) the assessments of Drs. Bowden and Mullin;

3. Under Fed.R.Civ.P. 1 and mindful Mr. Ellis applied for benefits almost five years ago, the Commissioner shall promptly schedule a renewed hearing and shall file status memoranda on the progress of resolving Mr. Ellis's application for benefits on **February 28,**

**2019, May 28, 2019** and every sixty days thereafter until resolved or returned for our further review of the next reasoned decision; and,

    4.       The Clerk of Court shall **close** this case for statistical purposes.

_____
KEARNEY, J.